AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| DHW PURCHASING GROUP, LLC DBA CAROLINA POUR HOUSE and DANIEL WELLS,<br>*Plaintiff*<br>v.<br>HUB INTERNATIONAL MIDWEST LIMITED, KeenanSuggs Insurance, ALL RISKS, LTD., and THE BURLINGTON INSURANCE COMPANY,<br>*Defendant* | )<br>)<br>)  Civil Action No.   3:19-cv-01243-CMC<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiffs, DHW Purchasing Group, LLC dba Carolina Pour House and Daniel Wells, take nothing of the defendants, Hub International Midwest Limited; KeenanSuggs Insurance; All Risks, LTD.; and The Burlington Insurance Company, on the first, second, and sixth causes of action and, this action is dismissed with prejudice as to those causes.

■ the plaintiffs, DHW Purchasing Group, LLC dba Carolina Pour House and Daniel Wells, take nothing of the defendant, The Burlington Insurance Company, on the third and fourth causes of action and, this action is dismissed with prejudice as to those causes.

■ the plaintiffs, DHW Purchasing Group, LLC dba Carolina Pour House and Daniel Wells, take nothing of the defendants, Hub International Midwest Limited; KeenanSuggs Insurance; All Risks, LTD.; and The Burlington Insurance Company, on the fifth cause of action and, this action is dismissed without prejudice as to that cause.

This action was *(check one)*:
❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Cameron McGowan Currie, Senior US District Judge, presiding. The Court having heard and granted the defendants' motions to dismiss.

Date:   December 3, 2019                                             *ROBIN L. BLUME, CLERK OF COURT*

                                                                                        s/Charles L. Bruorton
                                                                        _____
                                                                                *Signature of Clerk or Deputy Clerk*